UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TONYA GOLLIHER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 15-127-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| KMART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)   Kmart's motion for summary judgment, R. 33, is **GRANTED**.

(2)   Judgment is entered in favor of Kmart with respect to all issues raised in this proceeding.

(3)   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(4)   This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

This the 10th day of August, 2016.



Signed By:
*Amul R. Thapar*   AT
United States District Judge